# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVIS M. GIVENS

NO. 2025 KW 1211

**FEBRUARY 9, 2026**

---

In Re:     Travis M. Givens, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           25-WFLN-143, 25-WFLN-145.

---

**BEFORE:     THERIOT, BALFOUR, AND HAGGERTY[1], JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **WEB**
                              **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.